**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LINDA J. CALHOUN, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 19-cv-1810 |
| v. | ) ) | Honorable Susan E. Cox |
| AON HEWITT HEALTH MARKET INSURANCE SOLUTIONS, INC., | ) ) ) ) | |
| Defendant | ) | |

**MOTION FOR PRELIMINARY APPROVAL OF THE PARTIES' CLASS AND
COLLECTIVE ACTION SETTLEMENT**

Plaintiff, Linda J. Calhoun, individually and on behalf of all others similarly situated, by her attorneys, moves for the entry of an Order: (1) granting preliminary approval of the Parties' proposed Class and Collective Action Settlement Agreement; (2) approving as to form and content the Parties' proposed i) Notices of Class or Collective Action Settlement, and ii) Claim Forms, and approving the mailing of the Notices to the Class and Collective Members; (3) approving Analytics Consulting LLC as the Settlement Claims Administrator and preliminarily approving the costs of claims administration; (4) granting provisional certification of the proposed Class for settlement purposes only; (5) approving the Named Plaintiff as the Class Representative of the Class; (6) approving Plaintiff's Counsel as Class Counsel for the Class; and (7) setting a date for the Final Approval Hearing relating to the Settlement.

In support of this Motion, Plaintiff submits her Memorandum in support of this Motion, and respectfully requests that the Court enter the proposed Preliminary Approval Order attached

1

thereto as Exhibit 2.

Dated:  November 20, 2020 　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ James X. Bormes
　　　　　　　　　　　　　　　　　　　　　One of Plaintiff's attorneys

| | |
|---|---|
| James X. Bormes | Thomas M. Ryan |
| Catherine P. Sons | Law Office of Thomas M. Ryan, P.C. |
| Law Office of James X. Bormes, P.C. | 35 East Wacker Drive |
| 8 South Michigan Avenue | Suite 650 |
| Suite 2600 | Chicago, Illinois 60601 |
| Chicago, Illinois 60603 | (312) 726-3400 |
| (312) 201-0575 | |

## **CERTIFICATE OF SERVICE**

      I, Thomas M. Ryan, an attorney, hereby certify that on November 20, 2020, a copy of the foregoing Motion for Preliminary Approval of the Parties' Class and Collective Action Settlement and the Memorandum in Support Thereof were filed through the Court's CM/ECF electronic filing system, which will transmit notice of such filing to all counsel of record for Defendant:

Jody A. Boquist
Todd M. Church
Littler Mendelson, P.C.
321 N. Clark Street, Suite 1000
Chicago, IL 60654
jboquist@littler.com
tchurch@littler.com

                                    /s/ *Thomas M. Ryan*
                                    Thomas M. Ryan