**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LINDA J. CALHOUN, individually and on behalf of all others similarly situated, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | No. 19-cv-1810 |
| | ) | |
| v. | ) | Honorable Susan E. Cox |
| | ) | |
| AON HEWITT HEALTH MARKET INSURANCE SOLUTIONS, INC., | ) ) | |
| | ) | |
| Defendant | ) | |

**PLAINTIFF'S UNOPPOSED MOTION IN SUPPORT OF FINAL APPROVAL OF THE**
**PARTIES' CLASS AND COLLECTIVE ACTION SETTLEMENT**

Plaintiff, Linda J. Calhoun ("Plaintiff"), individually and on behalf of all others similarly situated, moved for entry of an Order granting Final Approval of the Parties' Class and Collective Action Settlement. In support of this Motion, Plaintiff states as follows:

1. This case involves claims for alleged unpaid overtime under Illinois law and the Fair Labor Standards Act. This Court granted preliminary approval of the Parties' Class and Collective Action Settlement (the "Settlement") on December 9, 2020 (ECF Nos. 62, 63). Plaintiff now seeks final approval of the Settlement.

2. Following the Court's preliminary approval of the Settlement, the third-party claims administrator mailed the notice of settlement packet to 1,297 telephone-dedicated employees and contingent workers with available mailing addresses who worked for Defendant at call centers located in Illinois, Texas, Florida and North Carolina.

3. 579 individuals filed claim forms and are eligible for the settlement payments.

4. The Settlement Members are eligible to receive approximately $21.38 for each workweek of 39.5 hours or more worked during the period of March 14, 2016 through June 30,

2020. By way of a specific example, if an individual worked the equivalent of 50 such workweeks during the recovery period and submitted a valid and timely claim form, s/he will receive approximately $1,069.00 ($21.38 x 50 = $1,069.00). Overall, this is an excellent result.

6.      Further, the Parties' Settlement is strongly supported by the Settlement Members, as only one Settlement Member filed an objection to the Settlement and only 8 members requested exclusion from the Settlement.

7.      In sum, final approval is warranted because the Parties' Settlement is a fair, reasonable, and adequate resolution of a *bona fide* dispute.

8.      For the reasons set forth above and in greater detail in the accompanying Memorandum in Support of this Motion, Plaintiff respectfully requests that this Honorable Court grant her Unopposed Motion for Final Approval of the Parties' Class and Collective Action Settlement and enter the Proposed Final Approval Order attached as Exhibit 1 to the Memorandum.

Dated:  April 16, 2021                                Respectfully submitted,

                                                     /s/ James X. Bormes
                                                     One of Plaintiff's attorneys


James X. Bormes                          Thomas M. Ryan
Catherine P. Sons                        Law Office of Thomas M. Ryan, P.C.
Law Office of James X. Bormes, P.C.      35 East Wacker Drive
8 South Michigan Avenue                  Suite 650
Suite 2600                               Chicago, Illinois 60601
Chicago, Illinois 60603                  (312) 726-3400
(312) 201-0575

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2021, I caused the foregoing Plaintiff's Unopposed Motion for Final Approval of the Parties' Class and Collective Action Settlement Agreement to be filed via the CM/ECF system, which will send notice of this filing to all counsel of record.

/s/ James X. Bormes
Attorney for Plaintiff